# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 Cr. 466 (ARR) |
| Russo, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benjamin Castellazzo.

Date: October 11, 2021

*Attorney's signature*

Kestine Thiele; 5881743
*Printed name and bar number*
52 Duane Street, Floor 7
New York, NY 10007

*Address*

kestine@jljlaw.com
*E-mail address*

(510) 648-4168
*Telephone number*

*FAX number*