U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JPM/DEL | *271 Cadman Plaza East* |
| F. #2020R00637 | *Brooklyn, New York 11201* |

October 18, 2021

By ECF

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Theodore Persico, Jr.
                Criminal Docket No. 21-466 (ARR)

Dear Judge Ross:

      The government respectfully submits this letter in response to defendant Theodore Persico, Jr.'s motion for judicial intervention in connection with his quarantine status at the Metropolitan Detention Center ("MDC"), ECF 108. According to a representative at the MDC, the defendant is no longer under quarantine. Earlier today, the government relayed this information to defense counsel, who indicated they intend to conduct an in-person legal visit tomorrow with the defendant and would subsequently update the Court.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      James P. McDonald
      Devon Lash
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Joseph Corozzo, Esq. (counsel for Persico) (via ECF)