# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

Of Counsel:
MARSHALL A. MINTZ

ANGELA D. LIPSMAN (NY; NJ)

February 14, 2022

Judge Diane Gujarati
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Theodore Persico
21 CR 466 (ARR)

Dear Judge Gujarati,

I represent Defendant Theodore Persico ("Persico") in this matter. I write to respectfully request that Mr. Persico's appearance at the status conference scheduled for March 4, 2022 be waived.

Mr. Persico is currently incarcerated in the older building of the Metropolitan Detention Center ("M.D.C."), where older inmates and those with health issues are generally housed.

It is our understanding that upon the return to the M.D.C. after an in-person appearance, inmates have been quarantined by the Bureau of Prisons for as long as three weeks. (Indeed, after Mr. Persico's initial appearance in this matter, he was kept in quarantine for over a month.)

Wherefore, I respectfully request that Mr. Persico's appearance at the status conference scheduled for March 4, 2022 be waived.

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.

cc: Assistant United States Attorneys Devon Lash and
James McDonald (via ECF)