```
REGISTER NO: 38266-019    NAME..: PERSICO               FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BRO-BROOKLYN MDC
```

---------------------------- EDUCATION INFORMATION ----------------------------

```
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
BRO  ESL HAS    ENGLISH PROFICIENT       05-11-2006 1115  CURRENT
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA 05-04-2006 1445 CURRENT
```

----------------------------- EDUCATION COURSES -------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BRO M | BUSINESS ACUMEN | 05-08-2023 | 05-22-2023 | P | C | P | 12 |
| BRO M | MARKETING BASICS | 05-16-2023 | 05-30-2023 | P | C | P | 12 |
| BRO M | 7 HABITS LEADERSHIP CLASS | 04-24-2023 | 05-08-2023 | P | C | P | 24 |
| BRO M | CONFLICT RESOLUTION | 04-14-2023 | 04-28-2023 | P | C | P | 12 |
| BRO M | RECREATION & LEISURE JOURNAL | 02-13-2022 | 02-19-2022 | P | C | P | 7 |
| FTD GP | THE CIVIL WAR - WEST | 01-08-2018 | 04-21-2019 | P | C | P | 24 |
| RBK | ASSOCIATE CERT ELECTRONIC TECH | 10-01-2017 | 10-31-2018 | P | W | I | 166 |
| RBK | RPP1AIDS1 | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | RPP2BARS | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | RPP3MONEY | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | RPP4COMSUP | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | RPP5RELEAS | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | RPP6OVERV | 04-13-2018 | 04-13-2018 | P | C | P | 1 |
| RBK | ACRYLIC PAINTING | 11-28-2017 | 01-11-2018 | P | C | P | 8 |
| RBK | HOBBYCRAF/WED6:30-8PM/X4172 | 09-26-2017 | 11-07-2017 | P | C | P | 8 |
| RBK | NAT.FITNESS PER TRAIN PRE CERT | 06-05-2017 | 10-09-2017 | P | C | P | 20 |
| RBK | MONEY MANAGMENT SKILLS | 09-05-2017 | 09-22-2017 | P | C | P | 13 |
| RBK | GET RIGHT WITH YOUR TAXES | 09-11-2017 | 09-15-2017 | P | C | P | 2 |
| RBK | DRAWING | 05-11-2017 | 07-06-2017 | P | C | P | 8 |
| RBK | INTERVIEW TECHNIQUES | 04-04-2017 | 04-06-2017 | P | C | P | 2 |
| RBK | RESUME REALITIES | 04-04-2017 | 04-06-2017 | P | C | P | 2 |
| RBK | CAREER PLANS AND GOALS | 04-04-2017 | 04-06-2017 | P | C | P | 2 |
| RBK | ACT APPLIED MATHEMATICS | 10-03-2016 | 12-19-2016 | P | C | P | 20 |
| RBK | ACT LOCATING INFORMATION | 10-03-2016 | 12-19-2016 | P | C | P | 20 |
| RBK | ACT READING FOR INFORMATION | 10-03-2016 | 12-19-2016 | P | C | P | 20 |
| RBK | FIMO/PLAYDO CLAY | 09-27-2016 | 11-22-2016 | P | C | P | 8 |
| MCD | ACRYLIC PAINTING | 04-09-2015 | 06-25-2015 | P | C | P | 8 |
| MCD | BEGINNING LEATHER HOBBY CRAFT | 05-26-2015 | 07-13-2015 | P | C | P | 8 |
| MCD | CLASSIC LIT-CATCHER IN THE RYE | 02-23-2015 | 05-04-2015 | P | C | P | 8 |
| MCD | ACE TPC CLEANING CHEMICALS | 01-26-2015 | 03-30-2015 | P | C | P | 15 |
| MCD | ACE TPC LANDSCAPING MAINTENANC | 01-26-2015 | 03-30-2015 | P | C | P | 15 |
| BRO M | OFFICIATING RULES (ALL SPORTS) | 08-12-2012 | 01-14-2013 | P | C | P | 10 |
| CAA | RPP RELEASE/GRATUITY | 05-18-2006 | 05-18-2006 | P | C | P | 1 |
| CAA | RPP CCM | 05-15-2006 | 05-15-2006 | P | C | P | 1 |

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```


K83

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

*Theodore Persico*

**Conflict Resolution**

*Corporate Skills Education Program provided by the Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado - Education Specialist

August 2, 2023

# Certificate of Completion

**U.S. Department of Justice**
**Federal Bureau of Prisons**

This certificate is presented to

*Theodore Persico*

**Basic Bookkeeping**

*Corporate Skills Training Program provided by the Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado- Education Specialist
August 4, 2023