

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Detention Center*

*80 29th street*
*Brooklyn, New York 11232*

December 13, 2023

RE: Persico, Theodore
Reg. No: 38266-019

To Whom this letter may concern,

This letter is to notify you of the above referenced inmate's character and work ethic. Mr. Theodore Persico worked as a Housing Unit orderly here at MDC Brooklyn in unit K83. During his tenure at MDC Brooklyn as a foodservice orderly, he is responsible for ensuring all food trays are accounted for, clean and all inmates are fed in a timely fashion for breakfast, lunch, and diner. Afterwards, he's responsible for ensuring the kitchen is at its highest levels of sanitation ready for the next meal to be prepared and fed. Mr. Theodore Persico has one incident reports/infraction, this year. He works hard everyday to accomplish the Bureau of Prison's mission, working with minimal supervision. Additionally, he assists the Correctional Counselor and unit officer with everyday cell moves, sanitation in inmates' cells and more.

Should you have any questions or require additional information, please contact his Unit Manager, N. Bullock, at (718)840-5000, ext. 5879.

Sincerely,

N. Bullock
Unit Manager, MDC Brooklyn