# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| MAGISTRATE JUDGE: James Cho | DATE: 1/23/2026 |
|---|---|
| CLERK: D. Wright | |
| DOCKET #: 21 CR 466(HG) | LOG TIME: 11:38-11:46am |
| DEFENDANTS NAME: Theodore Persico Jr. | |

| _x_ Present | ___ Not Present | ___ Custody | _x_ Bail |
|---|---|---|---|

**DEFENSE COUNSEL**: Joseph Corozzo Jr.

| ___ Court Appointed | ___ Federal Defender | ___ CJA | _x_ Retained |
|---|---|---|---|

**A.U.S.A**: Devon Lash, Probation Officer Ryan Lehr

| INTERPRETER: | LANGUAGE: |
|---|---|

Defendant arraigned on the: ___ Complaint ___ Indictment ___ Superseding Indictment ___ Probation Violation

| ___ Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | ___ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

_x_ Bond set at $ 1 Million

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

_x_ Defendant advised of bond conditions set by the Court and signed the bond.

_2_ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted.

| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ___ Order of Excludable Delay/Speedy Trial entered. | Start Date: | End Date: |
|---|---|---|

**Removal District:** | **Removal District Case Number:**

| ___ Removal (Rule 5) Proceeding held. | |
|---|---|
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for __/__/2026 @ _____ **am or pm** before District Judge: _____

**Other Rulings:** Bond signing hearing held.