# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
**TELEPHONE (212) 545-8777; FAX (917) 722-8206**
**INFO@RUBCORLAW.COM**

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

January 27, 2026

VIA ECF
Judge Hector Gonzalez
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Theodore Persico
21 CR 466 (HG)

Dear Judge Gonzalez,

Having conferred with the Government, defense counsel for Theodore Persico ("Persico") submits this Joint Letter in response to the Court's Order of yesterday's date.

As the Court has indicated an intent to release a redacted version of the VOSR, from which personal identifying information and other sensitive personal information would be redacted, neither party objects to the Court's intent to proceed in this manner.

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

cc: A.U.S.A. Devon Lash (via ECF)